IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| CITY OF SALISBURY | * | |
| Plaintiff, | * | |
| vs. | * | Case No. 1:09-cv-02950-BEL |
| | * | |
| O'BRIEN & GERE ENGINEERS, INC., | * | |
| Defendant. | * | |

*******************************************************************

ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as additional counsel in this case for the Plaintiff, City of Salisbury.

I certify that I am admitted to practice in this court.

December 2, 2009
*Date*

*Signature of Counsel*

Chris S. Mason    12038
*Print Name*    *Bar Number*

Webb, Burnett, Cornbrooks, Wilber, Vorhis, Douse & Mason, LLP
*Firm Name*

115 Broad Street, P.O. Box 910
*Address*

Salisbury, Maryland 21803
*City/State/Zip*

(410) 742-3176
*Phone Number*

(410) 742-0438
*Fax No.*

cmason@webbnetlaw.com
*Email Address*

LAW OFFICES
WEBB, BURNETT,
CORNBROOKS, WILBER,
VORHIS, DOUSE
& MASON, LLP
P. O. BOX 910
SALISBURY, MARYLAND
AREA CODE 410
TELEPHONE 742-3176